Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
David J. McGlothlin, Esq. (SBN: 253265)
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
(619) 233-7770
(619) 297-1022

Attorneys for Daniel Boals

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| Daniel Boals | Case No: 11-CV-1285-JAM-CKD |
|---|---|
| Plaintiff, | **Notice of Settlement** |
| v. | |
| Rash Curtis & Associates, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety.  The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 60 days. Plaintiff request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after October 10, 2012 for filing a joint dismissal.

Respectfully submitted,

                                           **HYDE & SWIGART**

Date: August 10, 2012                  By: s/ David J. McGlothlin
                                                   David J. McGlothlin
                                                   Attorneys for Plaintiff