Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Lindsey N. Heaton - 269688
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
mellis@ellislawgrp.com

Attorneys for Defendant RASH CURTIS & ASSOCIATES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL BOALS,<br><br>    Plaintiff,<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>    Defendant. | Case No.:  11-CV-01285-JAM-CKD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each side is to bear their own costs and fees.

Dated: October 12, 2012

HYDE & SWIGART

By /s/ *David J. McGlothin*
David J. McGlothlin
Attorney for Plaintiff
DANIEL BOALS

Dated: October 12, 2012

ELLIS LAW GROUP, LLP

By /s/ *Lindsey N. Heaton*
Lindsey N. Heaton
Attorney for Defendant
RASH CURTIS & ASSOCIATES

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 740 University Avenue, Suite 100, Sacramento, CA 95825.

On October 12, 2012, I served the following document(s) on the parties in the within action:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| X | **VIA ELECTRONIC SERVICE:** The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: | |
| | Joshua B. Swigart<br>Hyde & Swigart<br>411 Camino Del Rio South<br>Suite 301<br>San Diego, CA 92108 | Attorneys for Plaintiff<br>DANIEL BOALS |
| | David J. McGlothlin<br>Hyde & Swigart<br>411 Camino Del Rio South<br>Suite 301<br>San Diego, CA 92108 | Attorneys for Plaintiff<br>DANIEL BOALS |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on October 12, 2012.

By: _____
Jennifer E. Mueller