Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Lindsey N. Heaton - 269688
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
lheaton@ellislawgrp.com

Attorneys for Defendant RASH CURTIS & ASSOCIATES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

DANIEL BOALS,

      Plaintiff,

v.

RASH CURTIS & ASSOCIATES,

      Defendant.

Case No.:  11-CV-01285-JAM-CKD

**ORDER OF DISMISSAL WITH PREJUDICE**

      IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1), and thus the matter is dismissed.

Dated: October 15, 2012     /s/ John A. Mendez_____
            Hon. John A. Mendez
            United States District Court Judge

- 1 -